

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-0291-10

**JOSHUA DELANEY, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON REHEARING OF APPELLANT'S
### PETITION FOR DISCRETIONARY REVIEW
### FROM THE TWELFTH COURT OF APPEALS
### SMITH COUNTY

*Per curiam.*

## O P I N I O N

Appellant was convicted of aggravated robbery and was sentenced to confinement

for life.    The Court of Appeals affirmed the conviction. *Delaney v. State*, (Tex. App. —

Tyler, No. 12-09-00217-CR, delivered February 17, 2010).  Appellant's petition for

discretionary review was dismissed as untimely filed on August 25, 2010.  Appellant has

filed a motion for rehearing requesting reinstatement of his petition so that it will be

considered by this Court.  Appellant's motion for rehearing is granted.  His petition filed

on July 21, 2010, is reinstated as of October 13, 2010 and will be considered in accord

with Tex.R.App.P. 68.

Delivered October 13, 2010
Do not publish